IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NUMBER: 20-mj-8157 GCS |
| vs. | ) |
| FERNANDEZ WHITE, | ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Ryan Herring, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

#### POSSESSION OF A FIREARM BY A FELON

On or about October 31, 2020, in St. Clair County, within the Southern District of Illinois,

**FERNANDEZ WHITE,**

defendant herein, knowingly possessed a firearm in and affecting commerce, that is, a Del-Ton, model DTI-15, caliber 556 firearm, serial number B-16028, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, in violation of Title 18, United States Code, Section 922(g)(1).

### AFFIDAVIT

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") currently assigned to the Fairview Heights Field Office, Illinois and have been so employed since December of 2018. Your affiant was previously employed as a Police Officer with the Illinois State Police from 2016 to 2018. Your affiant currently conducts

criminal investigations into cases of illegal possession/transfer of firearms, firearms trafficking, violent crimes involving firearms and narcotics trafficking and narcotics possession. The facts alleged in this affidavit come from my own investigation, my training and experience, and information obtained from other investigators and witnesses.

2. Your affiant is responsible for investigating violations of Federal firearms laws, including Title 18 U.S.C. Section 922(g)(1), making it unlawful for any person who has been convicted of a crime punishable by more than one year in prison, to possess a firearm, which affects, or is transported in interstate commerce.

3. On October 31, 2020 at approximately 4:12 p.m., the East Saint Louis Police Department received a call for service in reference to a black male subject with a firearm in the area of 2500 State Street, East Saint Louis, Illinois 62205. East Saint Louis Housing Authority officers responded and observed a black male later identified as Fernandez M. WHITE. East Saint Louis Police Department responded to the area and observed WHITE at the intersection of 22nd street and State Street in East Saint Louis, Illinois, 62205 holding an assault weapon underneath his jacket, on his left side. Upon the officers arrival, WHITE began to flee south between two abandoned buildings and officers lost sight of WHITE. Shortly after, officers observed WHITE reappear from the wooded area without the firearm. At this time, East Saint Louis Police officers took WHITE into custody at the intersection of 22nd and State Street.

4. Officers searched the wooded area where WHITE had fled and located a Del-Ton, model DTI-15, caliber 5.56 carbine rifle loaded with one live round in the chamber and twenty-five additional live rounds in the magazine.

5. The firearm appeared to meet the federal definition of a firearm and was manufactured outside the State of Illinois; consequently, this firearm had traveled in interstate commerce prior to its seizure by law enforcement officers, as described above.

6. On November 2, 2020, Illinois State Police officers recovered surveillance footage from the State Street Liquor Store located at the intersection of 22nd street and State Street in East Saint Louis, Illinois, 62205. The surveillance video showed WHITE enter the store at approximately 4:12 p.m., wearing a black jacket with white stripes. WHITE is seen carrying an assault rifle under his jacket on the left side of his person.

7. A computer check revealed that WHITE was previously convicted of one or more felony offenses punishable by a term of imprisonment exceeding one year; namely, Domestic Battery in Saint Clair County Circuit Court in Cause Number 12CF1351, and Robbery in Saint Clair County Circuit Court in Cause Number 12CF1119. Defendant's possession of this firearm is prohibited by Title 18, United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NAUGHT.

*Ryan Herring*
Ryan C. Herring
Special Agent
ATF

State of Illinois     )
                      )  SS.
County of St. Clair   )

Sworn to before me on the __3rd__ day of November, 2020, at East St. Louis, Illinois.

*Gilbert C. Sison*
GILBERT C. SISON
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

*Laura V. Reppert*

Laura Reppert
Assistant United States Attorney